THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PEARCE, Appellant. [929 NYS2d 500]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]). Covello, J.P., Eng, Chambers and Hall, JJ., concur.